UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUSTAPHA MISSILMANI,

      Plaintiff,              CASE NO. 19-CV-12125

v.                          HON. GEORGE CARAM STEEH

CITI CARDS/CITIBANK,

      Defendant.
_____/

## ORDER TO SHOW CAUSE

Plaintiff Mustapha Missilmani has brought this diversity action against Defendant Citi Cards/Citibank for fraudulent charges incurred on Plaintiff's credit card by a third party. Plaintiff has not pled the place of incorporation or its principal place of business of Defendant as required under 28 U.S.C. § 1332(c). Accordingly, IT IS ORDERED that Plaintiff show cause in writing on or before November 14, 2019 the citizenship of Defendant so that this court can determine if diversity jurisdiction exists.

**IT IS SO ORDERED**.

Dated: October 29, 2019

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

- 2 -

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 29, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk