**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
(DETROIT)**

| | | |
|---|---|---|
| **MUSTAPHA MISSILMANI** | ) | CASE NO.: 19-12125 |
| | ) | |
| Plaintiff, | ) | JUDGE: HON. GEORGE CARAM STEEH |
| | ) | MAG. R. STEVEN WHALEN |
| v. | ) | |
| | ) | |
| **CITI CARDS/CITIBANK** | ) | REL. ECF NO. 11 |
| | ) | |
| Defendant. | ) | |

**CORRECTED RESPONSE TO ORDER TO SHOW CAUSE**

**NOW COMES** Plaintiff, Mustapha Missilmani, by and through his undersigned counsel, who in response to the Court's *Order to Show Cause*, ECF No. 11, filed October 29, 2019 wherein the Court ordered Plaintiff "to show cause in writing the citizenship of Defendant so that this Court can determine if diversity jurisdiction exists," respectfully refers the Court to *Citibank, N.A.'s Answer and Affirmative Defenses to Plaintiff's Complaint*, ECF No. 6, filed 09/25/19, wherein Defendant reflected paragraph 4 of Plaintiff's Complaint and answered, which claim and answer are as follows:

4. Defendant Citi Cards/Citibank is a US corporation which is not a citizen of the State of Michigan.

**ANSWER**: Citibank admits that it is a National Bank organized under the laws of the United States and is located in Sioux Falls, South Dakota; Citibank further admits that it is not a citizen of the State of Michigan.

In paragraph 3 of Plaintiff's Complaint, Plaintiff alleged that he is and at all times material to the case has been a citizen and resident of the United States and Wayne County, Michigan. In its Answer, Defendant does not controvert this representation of Plaintiff's citizenship and residency.

Accordingly, it is respectfully submitted that the pleadings filed to date in this case satisfy the jurisdictional requirements for diversity jurisdiction in this Court.

Dated: November 14, 2019

THE LAW OFFICE OF NORMAN A. ABOOD
/s/ Norman A. Abood
Norman A. Abood, Esq. (0029004)
101 Broadcast Building
136 N. Huron St.
Toledo, Ohio 43604-1139
Phone:  419.724-3700
Fax:    419.724-3701
E-mail:  norman@nabood.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Response to Order to Show Cause* was filed through the Court's electronic filing system ("ECF") which gives electronic notice to all parties of record on this 14th day of November 2019.

The Law Office of Norman A. Abood
/s/ Norman A. Abood
 Norman A. Abood
*Attorney for Plaintiff*